| | |
|---|---|
| Law Offices of Travis A. Gagnier, Inc. P.S.<br>33507 Ninth Avenue South, Bldg. F<br>P.O. Box 3949<br>Federal Way, WA 98063-3949<br>253-941-0234; gagnierecf@bestbk.com | Judge Christopher M. Alston<br>CHAPTER 13<br>Hearing Date: May 23, 2019<br>Hearing Time: 9:30 a.m.<br>Response Date: May 16, 2019 |

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

IN RE:

WALKAMA, Gary and Vonda,

    Debtors.

No. 15-17221

DEBTORS' RESPONSE TO MOTION FOR RELIEF FROM STAY BY ABINBOLA NELLAMS and PROOF OF SERVICE

COME NOW, the Debtors, by and through their attorney, Travis A. Gagnier, and respond to the Motion for Relief from Stay by Abinbola Nellams (hereafter "Nellams"), which has been filed for the second time in this case.

Debtors filed for Chapter 13 bankruptcy on or about December 9, 2015. Nellams was notified of the bankruptcy filing and was listed as a creditor in the case at the time of filing. On the one hand Nellams claims he did not know about the bankruptcy filing, but on the other he complains in his motion that his District Court case was stayed on December 22, 2015 due to the bankruptcy filing. Despite his unsupported claim to the contrary, Nellams knew about the bankruptcy filing from the beginning, but did nothing for three (3) years. A copy of the Notice of Bankruptcy Filing Per LCR 89 which was filed in the District Court case and sent to attorney Darryl Parker is attached and incorporated by reference.

Nellams did not do is file a Proof of Claim in this case. The non-governmental claim bar date was April 25, 2016. He has no grounds to the bar date since he knew about the bankruptcy filing back in December of 2015. There is no reason to put the debtors through the hassle and expense of liquidating a claim that was never made in this case just because the creditor is now impatient after more than three (3) years of doing nothing. Nellams has cited no grounds for relief from the stay in this matter.

DEBTORS' RESPONSE TO MOTION
FOR RELIEF FROM STAY and
PROOF OF SERVICE - 1

LAW OFFICES OF TRAVIS
GAGNIER, INC., P.S.
33507 Ninth Avenue South, Bldg. F
P.O. Box 3949
Federal Way, WA 98063-3949
(253) 941-0234; gagnierecf@bestbk.com

Had a claim been filed, it would make more sense to try the matter in the Bankruptcy Court as debtor is the sole defendant now. But, with no claim being filed there is no reason to liquidate a debt that that will be discharged at the completion of the debtors' case.

For these reasons, the Debtors ask that the motion for relief from stay be denied.

Respectfully submitted this 16th day of May 2019.

/s/ Travis A. Gagnier
Travis A. Gagnier, #26379
Attorney for Debtors

## PROOF OF SERVICE

I declare under penalty of perjury under the laws of the State of Washington that I filed the original of the foregoing with the United States Bankruptcy Court in Seattle and served a true copy thereof to:

| | |
|---|---|
| K. Michael Fitzgerald | Abinbola Nellams |
| Chapter 13 Trustee | c/o Civil Rights Justice Center, PLLC |

via ECF, and to:

Debtors

via U.S. first-class mail, postage pre-paid, on the 16th day of May 2019.

/s/ Shari L. Moody
Shari L. Moody
Sr. Paralegal

DEBTORS' RESPONSE TO MOTION
FOR RELIEF FROM STAY and
PROOF OF SERVICE - 2

LAW OFFICES OF TRAVIS
GAGNIER, INC., P.S.
33507 Ninth Avenue South, Bldg. F
P.O. Box 3949
Federal Way, WA 98063-3949
(253) 941-0234; gagnierecf@bestbk.com